**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6342**

—————————

UNITED STATES OF AMERICA,

>             Plaintiff — Appellee,

>       v.

STANLEY LEON WADDELL,

>             Defendant — Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:05-cr-00347-NCT-1)

—————————

Submitted: June 16, 2011        Decided:  June 21, 2011

—————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Stanley Leon Waddell, Appellant Pro Se.  Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Leon Waddell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Waddell, No. 1:05-cr-00347-NCT-1 (M.D.N.C. Feb. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED